UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CLAUDE COX, | Civil No. 17-4912 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| JUDY MAYS, | |
| Defendants. | |

_____

Claude Cox, 155616, 505 Prison Connector, Sandyhook, KY 41171, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 5, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED** without prejudice for improper venue;

2. Plaintiff Cox's pending application for leave to proceed in forma pauperis [Docket No. 2] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  December 27, 2017                      ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                                      Chief Judge
                                                         United States District Court